Robert A. Latham III, California Bar No. 125081
rlatham@thompsoncoe.com
Theodore A. Hammers, California Bar No. 324951
thammers@thompsoncoe.com
**THOMPSON COE & O'MEARA, LLP**
12100 Wilshire Boulevard, Suite 1200
Los Angeles, California 90025
T: 310.954.2400/F: 310.954.2345

Jean M. Daly, California Bar No. 159129
jdaly@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
T: 213.623.7400/F: 213.623.6336

Attorneys for Plaintiff/Counter-Defendant
Integon Preferred Insurance Company and
Counter-Defendant National General Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORBERT SAAVEDRA et al.,<br><br>Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-06689-GW(RAOx)<br><br>**COUNTER-DEFENDANT NATIONAL GENERAL INSURANCE COMPANY'S [PROPOSED] JUDGMENT ON THE FIRST AMENDED COUNTERCLAIMS**<br><br>Hearing: February 6, 2020, 8:30 a.m.<br>At: Courtroom 9D, U.S. Courthouse, 350 W. 1st Street, Los Angeles CA |

At the close of the evidence presented at trial in the case by Counter-Claimants Norbert Saavedra, Sindy Saavedra, and Sheila Guynes (the Saavedras and Ms. Guynes), the Court, the Honorable George H. Wu presiding, granted the Federal Rule of Civil

THOMPSON
COE &
O'MEARA,
LLP
6841676v1
50198 002

1

NGIC'S [PROPOSED] JUDGMENT ON THE FIRST AMENDED COUNTERCLAIMS

Procedure 50 motion for judgment of Counter-Defendant National General Insurance Company (NGIC), finding there to have been no evidence presented to submit to the Jury on any liability of NGIC for the breach of the implied covenant of good faith and fair dealing alleged against it in their First Amended Counterclaims.

The Court also finds that NGIC issued the Federal Rule of Civil Procedure 68 Offers of Judgment for $1.00 each to the Saavedras and Ms. Guynes on July 3, 2009, attached as Exhibit 1 hereto, and that in their Objections thereto, attached as Exhibit 2 hereto, the Saavedras and Ms. Guynes rejected those Offers on July 9, 2019.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is entered for National General Insurance Company on the First Amended Counterclaims of Norbert Saavedra, Sindy Saavedra and Sheila Guynes.

2. National General Insurance Company will recover its costs pursuant to Federal Rules of Civil Procedure 54 and 68 and L.R. 54-12 *et seq.* in its Application to Tax Costs, Form CV-59, to be filed within fourteen (14) days of the entry of this Judgment.

3. Costs awarded will include post-judgment interest in accordance with law.

Entered: May 28, 2020

_____
The Honorable George H. Wu
United States District Court

THOMPSON
COE &
O'MEARA,
LLP
6841676v1
50198 002

2
NGIC'S [PROPOSED] JUDGMENT ON THE FIRST AMENDED COUNTERCLAIMS